UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MIKHAIL KOSACHEVICH, and<br>JEFFREY GERKEN,<br><br>  Defendants. | No. SA CR 09-  **SACR09-118**<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 371: Conspiracy to<br>Commit Mail Fraud; 18 U.S.C.<br>§ 1956(a)(1)(A): Money Laundering] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 371]

I. INTRODUCTION

1. At all times relevant to this Information, Lucrativo Real Estate Solutions Inc. ("Lucrativo") was a mortgage brokerage company operated by defendant MIKHAIL KOSACHEVICH ("KOSACHEVICH") and Jared Tornow ("Tornow") in Orange County, California, within the Central District of California. Defendant JEFFREY

GERKEN ("GERKEN") was an employee at Lucrativo.

2. As a mortgage brokerage company, Lucrativo obtained funding from lenders for individuals purchasing or refinancing a home ("the borrowers").

## II. OBJECT OF THE CONSPIRACY

3. Beginning on a date unknown but as early as in or around June 2005 and continuing to at least in or around December 2006, within the Central District of California and elsewhere, defendant KOSACHEVICH, defendant GERKEN, and Tornow, together with others known and unknown, knowingly combined, conspired, and agreed to commit mail fraud, in violation of Title 18, United States Code, Section 1341.

## III. MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished in substance as follows:

1. Defendant KOSACHEVICH and Tornow would solicit the borrowers and assist them in obtaining financing for a home loan.

2. The borrowers would submit information and documents regarding their income, assets, and employment to defendant KOSACHEVICH and Tornow.

3. Defendant KOSACHEVICH, defendant GERKEN and Tornow would inflate the borrowers' income and assets on loan applications therefore leading the lenders to believe the borrowers were creditworthy.

4. In order to substantiate these false statements, defendant KOSACHEVICH, defendant GERKEN, and Tornow would obtain from co-conspirators and create fraudulent W-2 forms, paycheck

stubs, bank statements, verification of employment forms, verification of income forms, and verification of deposit forms.

  5. Defendant GERKEN would compile the loan applications and fraudulent documents and submit the loan packages to lenders.

  6. Defendant KOSACHEVICH, defendant GERKEN, and Tornow collectively received hundreds of thousands of dollars in commissions and payments from loans that were funded based on these false statements and the submission of fraudulent documents.

## IV. <u>OVERT ACTS</u>

In furtherance of the conspiracy and to accomplish the object of the conspiracy, defendant KOSACHEVICH, defendant GERKEN, and Tornow and others known and unknown, committed various overt acts within the Central District of California, including but not limited to the following:

<u>OVERT ACT NO. 1.</u>: On or about September 26, 2006, defendant KOSACHEVICH created fraudulent bank statements and submitted to ResMAE Mortgage the fraudulent bank statements and a loan application that falsely stated P.R.'s true income.

<u>OVERT ACT NO. 2.</u>: On or about October 6, 2006, defendant GERKEN submitted to New Century Mortgage fraudulent W-2 forms and paycheck stubs and a loan application that falsely stated P.D.'s true income.

COUNTS TWO AND THREE

[18 U.S.C. § 1956(a)(1)(A)]

On or about the following dates, in Orange County, within the Central District of California, and elsewhere, defendant MIKHAIL KOSACHEVICH ("KOSACHEVICH") knowingly and willfully conducted, attempted to conduct, and aided, abetted, counseled, commanded, induced, and procured the following financial transactions affecting interstate and foreign commerce, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and which property was, in fact, the proceeds of specified unlawful activity, that is, mail fraud, with the intent to promote the carrying on of said specified unlawful activity, and knowing that each of the transactions was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity:

| Count | Date | Transaction |
|---|---|---|
| TWO | 9/22/05 | Delivery of $4,500 to C.C. |
| THREE | 1/21/06 | Delivery of $4,500 to C.C. |

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*/s/ Robb C. Adkins*

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Office

JOSEPH T. MCNALLY
Assistant United States Attorney